NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

————————————

**XIANG YIN HE CHANG TUAN INC.,**
*Appellant*

**v.**

**EDISON CHINESE CHORUS INC., AKA XIANG YIN CHORUS,**
*Appellee*

————————————

2023-1810

————————————

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 91238706.

————————————

**JUDGMENT**

————————————

DONALD RHOADS, Rhoads Legal Group PC, New York, NY, argued for appellant.  Also represented by H. DANNY KAO, Kao & Associates, Pc, Flushing, NY.

CHENG SONG, Song Law Office, Green Brook, NJ, for appellee.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, LINN and PROST, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 6, 2024
Date

Jarrett B. Perlow
Clerk of Court